IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZONDRA JOHNSON<br><br>**Plaintiff,**<br><br>v.<br><br>**ADRIAN FENTY, MAYOR**<br><br>**Defendant.** | Civil No.: 07-1890 (RCL)<br><br>JURY TRIAL |

**PLAINTIFF'S CONSENT MOTION TO ENLARGE**

**NOW COMES** Plaintiff, Zondra Johnson, by undersigned counsel and files this motion to enlarge to file her Opposition to Defendant's Motion filed on October 26th. In support of her motion, Plaintiff states herein as follows: Plaintiff's Opposition is currently due on November 9th.

However, due to undersigned counsel's other case representations, such as preparing for a hearing this Friday before the U.S. Merit Systems Protection Board and preparing an appellate brief that is due today in the U.S. Court of Appeals for the Federal Circuit.

Plaintiff, respectfully, requests an enlargement up to November 16th, to file her Opposition. This motion is not meant for any dilatory purpose or to cause delay. Defendant consents this motion.

_____/s/_____
Nathaniel D. Johnson
(MD#14729)
3475 Leonardtown Road #200
Waldorf, Maryland 20602
301 645-9103

1

Dated:   November 5, 2007

**Certificate of Service**

I, Nathaniel D. Johnson, certify that I forwarded the foregoing motion and Order to the addressee via ECF:

Leah Brownlee Taylor, for Defendant,

_____/s/_____
Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZONDRA JOHNSON<br><br>**Plaintiff,**<br><br>v.<br><br>**ADRIAN FENTY, MAYOR**<br><br>**Defendant.** | Civil No.: 07-1890 (RCL)<br><br>JURY TRIAL |

### ORDER

**WHEREFORE**, Plaintiff has moved this Court for an enlargement to oppose Defendant's dismissal, it is hereby ORDERED as follows:

Plaintiff's consent motion is hereby GRANTED, this _____ day of November 2007.

Plaintiff's consent motion is hereby DENIED, this _____ day of November 2007.

**SO SHALL IT BE ORDERED.**

_____
Judge Royce C. Lamberth

1