UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZONDRA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1890 (RCL) |
| | ) |
| ADRIAN FENTY, MAYOR | ) |
| | ) |
| Defendant. | ) |

## ORDER

**WHEREFORE**, Plaintiff has moved this Court for an enlargement to oppose Defendant's motion to dismiss, it is hereby ORDERED:

That Plaintiff's consent motion is hereby GRANTED, and Plaintiff's opposition shall be filed on or before November 16, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 6, 2007.