UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZONDRA JOHNSON, ET AL.

        **Plaintiffs,**

  v.                                Civil No. 07-1890 (RCL)

ADRIAN FENTY

        **Defendant.**

## FINAL CONSENT TO ENLARGE

**NOW COMES** Plaintiff, Zondra Johnson, by undersigned counsel, and moves this Court for a one day enlargement of time, with consent, to oppose Defendant's motion to dismiss. In support of this motion, Plaintiff states herein as follows:

1. Plaintiff's opposition is currently due on November 16th;

2. Undersigned counsel recently completed an appellate brief, which required more time than initially believed was necessary.

3. Undersigned also recently completed preparation for a hearing before the U.S. MSPB that resulted in settlement.

4. Consequently, undersigned counsel has not had the opportunity to complete the requisite research and prepare the opposition in the instant action.

5. For these reasons, Plaintiff respectfully asks this Court for a one day enlargement to file her opposition to Defendant's dispositive motion.

6. This motion is not for any dilatory purpose or to cause delay.

7. Defendant consents to this motion.

Submitted on behalf of Plaintiff:

_____/S/_____

Dated:   November 15, 2007            Nathaniel D. Johnson, Esq.
Richard Lloyd Thompson, II, Esq.
*Of Counsel*
Nathaniel D. Johnson & Associates, L.L.C.
3475 Leonardtown Road, Suite 200
Waldorf, MD 20602
301-645 – 9103/301-861-0411 (fax)

## CERTIFICATE OF SERVICE

I, Nathaniel D. Johnson certify that on this date, the foregoing Consent Motion was sent, via ECF, to the following addressee:

Leah Brownlee Taylor

Nathaniel D. Johnson: /S/

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZONDRA JOHNSON, ET AL.

**Plaintiffs,**

v.

ADRIAN FENTY

**Defendant.**

Civil No. 07-1890 (RCL)

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for a one day enlargement to oppose Defendant's motion to dismiss, with consent, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____day of November 2007;

Plaintiff's motion is hereby DENIED, this _____day of November 2007.

**SO SHALL IT BE ORDERED.**

_____
Judge Royce Lamberth, U.S. District Judge

1