UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZONDRA JOHNSON, ET AL.<br><br>**Plaintiffs,**<br><br>v.<br><br>**ADRIAN FENTY**<br><br>**Defendant.** | Civil No. 07-1890 (RCL) |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for a one day enlargement to oppose Defendant's motion to dismiss, with consent, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this 19th day of November 2007, *nunc pro tunc.*

**SO ORDERED.**

/s/
_____
Judge Royce Lamberth, U.S. District Judge

1