UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| **Zondra Johnson,** ET AL. ) | |
| 4901 Dublin Drive ) | |
| Suitland, MD 20746 ) | |
| ) | |
|       **Plaintiffs,** ) | |
| ) | |
|       v. ) | |
| ) | **Civil Action No. 07-1890 (RCL)** |
| **Adrian M. Fenty,** ) | |
| ) | |
|       **Defendant.** ) | |
| _____ ) | |

### DEFENDANT ADRIAN M. FENTY'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT ADRIAN M. FENTY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

      Defendant Adrian M. Fenty hereby moves, by and through undersigned counsel and pursuant to Federal Court Civil Rules 6(b)(e) and 7(b), for a 7 day enlargement of time, up to an including December 7, 2007, to file a reply in the above captioned case and as grounds therefor states as follow:

1. Plaintiff, with consent of counsel, filed his opposition to the defendant's Motion to Dismiss on or about 11/19/07.

2. The defendant's reply is due on 11/30/07, adding three days under Federal Court Civil Rule 6(e).

3. Undersigned counsel is defending a number federal class action lawsuits in November and will need additional time to file a reply to plaintiff's counsel's opposition.

4. Undersigned counsel respectfully requests a brief enlargement, up to an including

December 7, 2007, to file a reply to plaintiff's counsel's opposition.

5.  The parties will not be prejudiced by this brief delay.

For all the above-stated reasons, and the grounds set forth in the accompanying memorandum of points and authorities, time up to and including December 7, 2007, is requested for the filing of a reply.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>_____/s/ Ellen Efros_____
>Ellen Efros (250756)
>Chief, Equity I
>
>_____/s/ Leah Brownlee Taylor_____
>Leah Brownlee Taylor  (488966)
>Assistant Attorney General
>441 4th Street, Northwest
>6th Floor South
>Washington, D.C. 20001
>202-724-7854

## CERTIFICATE PURSUANT TO RULE 7m

I hereby certify that certify that I attempted to contact Nathaniel Johnson regarding consent on the motion for enlargement and was not able to reach him, therefore, this motion should be treated as contested.

>_____/s/ Leah Taylor_____
>   Leah Brownlee Taylor
>   Assistant Attorney General

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                /s/
                ELLEN EFROS [250746]
                Chief, Equity, Section I

                /s/
                LEAH BROWNLEE TAYLOR [488966]
                Assistant Attorney General
                441 4th Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 724-7854; (202) 727-6295
                leah.taylor@dc.gov

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____  )
                                      )
**Zondra Johnson, ET AL.**             )
**4901 Dublin Drive**                  )
**Suitland, MD 20746**                 )
                                      )
      **Plaintiffs,**                )
                                      )
      **v.**                         )
                                      )
                                      )   Civil Action No. 07-1890 (RCL)
**Adrian M. Fenty,**                   )
                                      )
      **Defendant.**                 )
_____  )


**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ADRIAN M. FENTY'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT ADRIAN M. FENTY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

In support of his Motion to Enlarge, the defendant refers this Court to the authorities upon which it relies as set forth below:

1.    Inherent Power of the Court.

2.    Fed. Court Civil Rule 6(b) and (e).

3.    Fed. Court Civil Rule 7(b).

4.    The record herein.

                             Respectfully submitted,

                             LINDA SINGER
                             Attorney General for the District of Columbia

                             GEORGE C. VALENTINE
                             Deputy Attorney General, Civil Litigation Division

    /s/
ELLEN EFROS [250746]
Chief, Equity, Section I

    /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

_____  )
                                     )
**Zondra Johnson, ET AL.**           )
**4901 Dublin Drive**                )
**Suitland, MD 20746**               )
                                     )
    **Plaintiffs,**           )
                                     )
    **v.**                    )
                                     )   **Civil Action No. 07-1890 (RCL)**
**Adrian M. . Fenty,**               )
                                     )
    **Defendant.**            )
_____  )

O R D E R

Upon consideration of defendant Adrian M. Fenty's Motion for an Enlargement, the response thereto, if any, and the record herein, it is by the Court this _____ day of

_____, 2007,

ORDERED:    that the Motion is GRANTED; and it is

FURTHER ORDERED: That the time for the defendant to file a reply in this matter is extended to December 7, 2007.


                                                                   _____
                                                                     Judge, Royce Lamberth

Cc:   Leah Brownlee Taylor
        Assistant Attorney General
        441 Fourth St., N.W., 6th Floor South
        Washington, D.C. 20020

        Richard Lloyd Thompson II, Esq.
        Nathaniel D.Johnson, Esq
        The Law Firm of Nathaniel D. Johnson, LLC
        3475 Leonardtown Road, Suite 200
        Waldorf,  MD 20602