UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

|   |   |   |
|---|---|---|
| **Zondra Johnson,** ET AL. | ) | |
| 4901 Dublin Drive | ) | |
| Suitland, MD 20746 | ) | |
|   | ) | |
| Plaintiffs, | ) | |
|   | ) | |
| v. | ) | |
|   | ) | **Civil Action No. 07-1890 (RCL)** |
| **Adrian M. Fenty,** | ) | |
|   | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT ADRIAN M. FENTY'S NOTICE OF FILING

Defendant Adrian M. Fenty hereby files a notice of plaintiff's consent to the defendant's motion for enlargement, Docket #10, pursuant to Rule 7m.

.

                                                                 Respectfully submitted,

                                                                 LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_ Ellen Efros_____
Ellen Efros (250756)
Chief, Equity I

_____/s/_Leah Brownlee Taylor_____
Leah Brownlee Taylor  (488966)
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-724-7854