UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**Zondra Johnson, ET AL.**                  )
**4901 Dublin Drive**                       )
**Suitland, MD 20746**                      )
                                            )
    **Plaintiffs,**     )
                                            )
    v.                  )
                                            )  Civil Action No. 07-1890 (RCL)
**Adrian M. . Fenty,**                      )
                                            )
    **Defendant.**      )
_____ )

## O R D E R

Upon consideration of defendant Adrian M. Fenty's Motion for an Enlargement, the response thereto, if any, and the record herein, it is by the Court this 5th day of December, 2007,

ORDERED   that the Motion is GRANTED; and it is

FURTHER ORDERED that the time for the defendant to file a reply in this matter is extended to December 7, 2007.


_____/s/_____
Judge Royce C. Lamberth