UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

**Zondra Johnson, ET AL.**
**4901 Dublin Drive**
**Suitland, MD 20746**

      **Plaintiffs,**

      v.

                                         **Civil Action No. 07-1890 (RCL)**

**Adrian M. . Fenty,**

      **Defendant.**
_____

O R D E R

Upon consideration of defendant Adrian M. Fenty's Motion to Dismiss, the opposition and reply thereto, and the record herein, it is by the Court this 23rd day of June, 2008

ORDERED:   that the Motion is GRANTED; and it is

FURTHER ORDERED:   that plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE against Adrian M. Fenty for failure to effect service within 120 days of the filing of the complaint herein.

_____/s/_____
Chief Judge Royce C. Lamberth